CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 03 2010

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action No. 10-CR-10 |
| | ) |
| | ) ORDER |
| v. | ) |
| | ) By: Judge James C. Turk |
| LARRY LEWIS | ) Sr. United States District Judge |
| | ) |
| Defendant. | ) |

The Defendant appealed from his conviction in the Magistrate's Court of failing to pay a recreation fee in violation of 36 C.F.R. § 261.17 (eff. 2005). After reviewing the record, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the Magistrate's Opinion be **AFFIRMED**.

The Clerk of Court is directed to send a copy of the Memorandum Opinion and this Order to the parties and counsel of record.

This 3rd day of March, 2010.

/s/ James C. Turk
Senior United States District Judge