CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 15 2010

JOHN F. CORCORAN, CLERK
BY:
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Action No. 10-CR-10 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | By: Judge James C. Turk |
| LARRY LEWIS ) | Sr. United States District Judge |
| ) | |
| Defendant. ) | |

The Defendant appealed from his conviction in the Magistrate's Court of failing to pay a recreation fee in violation of 36 C.F.R. § 261.17 (eff. 2005). After reviewing the record, and for the reasons set forth in the accompanying Amended Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that the Magistrate's Opinion be **AFFIRMED**.

The Clerk of Court is directed to send a copy of the Amended Memorandum Opinion and the accompanying Order to the parties and counsel of record.

This 15th day of March, 2010.

_____
Senior United States District Judge

1